IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENIO HERNANDEZ-ANDINO        :     CIVIL ACTION
                                :
        v.                      :
                                :
BERNADETTE MASON, et al.        :     NO.  23-3143

## **O R D E R**

AND NOW, this 7th day of April, 2026, upon careful and

independent consideration of the petition for writ of habeas corpus, supplemental

petition, the response, and reply, and after review of the Report and Recommendation of

United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1.    The Report and Recommendation is APPROVED AND ADOPTED.

2.    The application for writ of habeas corpus is DENIED.

3.    There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ John Milton Younge
_____
JOHN M. YOUNGE
UNITED STATES DISTRICT JUDGE